| | |
|---|---|
| 1 | KENT B. GOSS (State Bar No. 131499) |
|   | kgoss@orrick.com |
| 2 | VALERIE M. GOO (State Bar No. 187334) |
|   | vgoo@orrick.com |
| 3 | RAIJA J. HORSTMAN (State Bar No. 277301) |
|   | rhorstman@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 5 | Los Angeles, CA  90017 |
|   | Telephone:   +1-213-629-2020 |
| 6 | Facsimile:   +1-213-612-2499 |
| 7 | Attorneys for Plainitff EVOX PRODUCTIONS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company, | Case No.: 2:13-cv-04040-CJC-(RZx) |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | Judge: Hon. Cormac J. Carney |
| CARMAX AUTO SUPERSTORES, INC., a Virginia Corporation; CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company; TRANSTOCK, INC., a California corporation; DEAN SIRACUSA, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

OHSUSA:754323131.1

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted in this case by Plaintiff, are hereby dismissed with prejudice, and further, that all parties shall bear their own costs and fees.

Dated: August 9, 2013  FENWICK & WEST LLP
LAURENCE F. PULGRAM
ILANA RUBEL

*/s/ Ilana Rubel*
Ilana Rubel
Attorneys for Defendants
CARMAX AUTO SUPERSTORES, INC., and
CARMAX BUSINESS SERVICES, LLC

Dated: August 9, 2013  ORRICK HERRINGTON & SUTCLIFFE LLP
VALERIE M. GOO

*/s/ Valerie M. Goo*
VALERIE M. GOO
Attorneys for Plaintiff
EVOX PRODUCTIONS, LLC

Dated: August 9, 2013  NIKNIA LAW FIRM
BAHRAM NIKNIA

*/s/ Bahram Niknia*
Bahram Niknia
Attorneys for Defendants
TRANSTOCK INC. AND DEAN SIRACUSA

1 **ATTORNEY ATTESTATION**

2 I hereby attest that the concurrence in the filing of this document has been

3 obtained from the signatory indicated by a "conformed" signature (*/s/*) within this

4 document.

5

6                                     */s/ Valerie M. Goo*
                                      VALERIE M. GOO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28